UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jean Paul Gamarra, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Washington Redskins, )<br>)<br>Defendant. ) | Case: 1:16-cv-01990 (F-Deck)<br>Assigned To : Unassigned<br>Assign. Date : 10/6/2016<br>Description: Pro Se Gen. Civil |

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the application and dismiss the complaint for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3) (requiring the court to dismiss an action "at any time" it determines that subject matter jurisdiction is wanting).

Plaintiff has submitted a document captioned "Fed. R. Civ. P. 8 Rule 8 Civil Correction Complaint." He purports to sue Washington, D.C.'s professional football team. The complaint mentions various provisions of the U.S. Constitution. In contrast to its caption, the complaint consists largely of incoherent statements and thus fails completely to satisfy the pleading requirements of Fed. R. Civ. P. 8. Most importantly, a district court cannot exercise subject matter jurisdiction "when the complaint 'is patently insubstantial, presenting no federal question suitable for decision.'" *Caldwell v. Kagan*, 777 F. Supp. 2d 177, 178 (D.D.C. 2011) (quoting *Tooley v. Napolitano*, 586 F.3d 1006, 1009 (D.C. Cir. 2009)). In addition, the Court discerns no

1

basis for exercising diversity jurisdiction under 28 U.S.C. § 1332.  Hence, this case will be dismissed.  A separate order accompanies this Memorandum Opinion.

Date:  October 4, 2016

United States District Judge